PER CURIAM.
AFFIRMED. See Lightbourne v. State, 471 So.2d 27 (Fla.1985); Dismuke v. State, 388 So.2d 1324 (Fla. 5th DCA 1980). See also Engle v. State, 438 So.2d 803 (Fla.1983), cert. denied, Engle v. Florida, 465 U.S. 1074, 104 S.Ct. 1430, 79 L.Ed.2d 753 (1984); Taylor v. State, 481 So.2d 970 (Fla. 5th DCA 1986); Franklin v. State, 472 So.2d 1303 (Fla. 1st DCA 1985).
UPCHURCH and COWART, JJ., concur.
DAUKSCH, J., concurs specially with opinion.